820

the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Chester I. Long, W. E. Stanley, Peter Q. Nyce, Austin M. Cowan, Malcolm E. Rosser,* and *Thomas H. Owen* for petitioners. *Messrs. John H. Brennan* and *Elmer J. Lundy* for respondents.

No. 650. YELLAND *v.* BANKERS RESERVE LIFE Co. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Samuel B. Bassett* for petitioner. *Messrs. George B. Thatcher, Wm. Woodburn,* and *Thomas F. Ryan* for respondent.

No. 651. ST. LOUIS MERCHANTS BRIDGE TERMINAL RAILROAD *v.* DOYLE, ADMINISTRATOR. March 2, 1931. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Roy W. Rucker* for petitioner. *Mr. Jesse W. Barrett* for respondent.

No. 653. UNITED STATES *v.* TAYLOR ET AL. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Messrs. Claude R. Branch* and *Nat M. Lacy* for the United States. No appearance for respondents.

No. 655. LUXENBERG *v.* UNITED STATES. March 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Nelson T. Hartson, Frank J. Hogan,* and *Sam T. Spears* for petitioner. *Solicitor General Thacher,* and *Messrs. Claude*